OUTGOING LEGAL MAIL
PROVIDED TO TAYLOR C.I. FOR MAILING ON
10-31-12  TJ
DATE        I/M INT.
CONFINEMENT - MAIN UNIT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Thomas R. Jones

Plaintiff,

VS.

S.L. Brown, et al.

Defendants

Case NO: 3:11-CV-00865-J-34 TEM

BRIEF IN OPPOSITION TO Defendant Summary Judgment Motion

Statement of the Case:

This is a 1983 action filed by a Pro'se Plaintiff seeking damages, a declaratory judgment, and injunctive relief based on the use of excessive force, the denial of procedural due process, and the denial of medical transportation. Defendants have filed a motion for summary judgment as to the plaintiff's use of force claim against defendants, Brown, Goethe, Cerrotti, Hanson, Catir, and Norton, arguing that their conduct did not violate the Constitution.

Taylor Correctional Institution Law Library - Name: _____ DC: _____ Bunk# _____

## Statement of Facts

The plaintiff's declaration submitted in Response to the defendants' motion states that on February 11, 2011, the six defendants played a part in the ATTACK if not directly, INDIRECTLY. Although the plaintiff offered no Resistance, by their own admissions, while handcuffed they still kicked and beat the plaintiff, inflicting substantial injuries including fracture orbit / facial bones, and a concussion.

The defendant's affidavits tell a different story. They claim that the defendant NEVER asked for medical help, and now I have a copy of the audio Recordings that will prove different. They also denie that there was any type of injury.

## ARGUMENT

### Point I

There are genuine issues of material fact that preclude summary judgement for the defendant's on the Plaintiffs' Use of Force claim.

Summary judgement is to be granted only if the Record before the court shows "that there is no genuine issue as to any material fact and that the moving party is entitled to a judgement as a matter of Law." Rule 56(c) Fed.R.Civ.P. A "material" fact is one that "might" affect the outcome of the suit under the governing "Law"

Anderson V. Liberty Lobby, Inc, 477 U.S. 242, 248 (1986) The Affidavits of the plaintiff and the defendants are squarely contradictory as to what force was used, and why it was used when the defendants states 1. the plaintiff never resisted being arrested and placed in handcuffs. The allegations in the plaintiff's affidavit portray a completely needless use of force against a pre-trial detainee who was face down on the pavement cooperating. There is clearly a genuine issue of fact

The factual dispute is also material. Under the governing law, whether the use of force by officers violates the Eighth Amendment depends on whether it was "applied in a good-faith effort to maintain or restore discipline or maliciously and sadistically to cause harm". Hudson V. McMillian U.S. 112 S.Ct 995, 998-99 (1992) Whitley V. Albers, 475, U.S. 312, 320-21 106 S. Ct 1078 (1986) The facts alleged by the plaintiff are true and evidence that the defendants were acting "maliciously and sadistically to cause harm", they would support a jury verdict in the plaintiff's favor. See Miller V. Leathers, 913 F.2d 1085, 1088 (4th Cir 1990) Lewis V. Downs, 774 F.2d 711, 714 (6th Cir 1985) (evidence that an officer kicked a handcuffed person who was lying on the ground showed malicious motivation.

## Conclusion

For the foregoing Reasons the defendant's motion for summary judgment should be denied. In about 45 day the Plaintiff can provide the Courts and jury with the Audio that will show the defendants wrongful doings.    October 25, 2012

Respectfly Submitted

Thomas R Jones

Taylor Correctional Inst
8515 Hampton Springs Rd.
Perry, FL- 32348

Shands Jacksonville
ED Treatment Record - Flex
655 West 8th St.
Jacksonville, Fl 32209
904-244-9655

Thomas R. Jones

Monday, February 14 2011 8:51 PM

**For:** JONES, THOMAS         **Provider:** Williams, Deborah J MD

## ABOUT YOUR RESPONSIBILITIES

AFTER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR PROBLEM AND OBSERVE ITS PROGRESS. IF YOU DO NOT IMPROVE AS EXPECTED, OR ARE WORSE, DO ONE OF THE FOLLOWING, IMMEDIATELY: CONTACT YOUR DOCTOR or FOLLOW UP DOCTOR or RETURN HERE or CALL HERE 904-244-9655

### The doctor thinks your symptoms may be due to:
### CARE OF EYE INJURIES

Keep this in mind: DIAGNOSIS WITH 100% CERTAINTY IS NOT POSSIBLE in the Emergency Department. Therefore, if you find you are not getting better, another diagnosis is possible, and you must see your doctor or return here.

**CARE OF EYE INJURIES** It is very important that you properly care for your eye injury. These instructions are provided to assist you in that care. If you are unable to read these instructions, someone should help you with them.

### Important:

**What To Watch For**  If any of the following should occur, you should return here for further evaluation:
1. increasing or persistent eye pain
2. change in vision or loss of vision in either or both eyes
3. increasing redness, itching, or tearing
4. discharge from the eye(s)
5. swelling of the eye or lid
6. any new or unexpected problems occur

**What To Do**
1. If a patch has been applied, it should be left in place until you return for recheck. If you must drive yourself to the recheck, remove the patch before driving. If it gets loose, either re-tape the patch or return here for replacement. The patch should be comfortable, but you should not be able to open the eyelids under the patch. You may adjust the patch so that it is comfortable.
2. If a patch is in place, you have NO DEPTH PERCEPTION! Therefore, you should not drive a car, operate dangerous machinery, or any other potentially dangerous activity until both eyes are functioning.
3. In general with any eye injury, bright light can stimulate pain. Even when one eye is patched, light striking the good eye can cause pain. Therefore, we suggest you rest in a darkened area until healed.
4. If drops or ointment have been prescribed, the easiest way to apply eye medication is to lean back, look up at the ceiling, pull out the lower lid, and place the medication inside the lid. T

For further in-depth information the following web site can provide more. www.medlineplus.gov

### *** SPECIAL INSTRUCTIONS ***

- RETURN TO THE ED IMMEDIATELY IF SYMPTOMS WORSEN.
- HAVE YOUR PRESCRIPTIONS(S) FILLED IMMEDIATELY AND TAKE AS DIRECTED.
- CALL YOUR DOCTOR AS SOON AS POSSIBLE TO SCHEDULE AN APPOINTMENT.
- RETURN TO THE ED IF YOU ARE UNABLE TO SEE YOUR DOCTOR AS DIRECTED.

Please Copy
Front And Back
4-3-12
T.J.

Patient Copy
Page 1 of 2


RECEIVED

# Emergency Department Triage Record

**TRIAGE DATE/TIME:** 2/14/11  1753   **TRIAGE LEVEL:** 1  2  3  (4)  5   **ED AREA ASSIGNED:** (EFX)  ECC  ERP

**NAME:** Jones, Thomas   **DOB:** /67   **AGE:**    **SEX:** (M) / F   **PCP:**

**Arrival Mode:** ☐ Pvt Vehicle  ☒ Police  ☐ W/C  ☐ Stretcher  ☒ Ambulatory  ☐ Carried  ☐ EMS Unit _____

**Airway:** ☐ Patent  ☐ Oral  ☐ Nasal   **Breathing:** ☒ Spontaneous  ☐ O₂ __ LF ☐ NC ☐ Mask ☐ NRB

**EDT Signature:** _____   **Date/Time:** _____

| TIME | TEMP | HR | RESP | BP | WT | O₂ SAT | FLOW | GLASGOW COMA SCALE ||||  STICKER: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | EYES | MOTOR | VERBAL | TOTAL | |
| 1757 | 98.4 | 96 | 16 | 86/ 94 | LBS/KG | 96 | RA | 4 | 6 | 5 | 15 | |

**PAIN ASSESSMENT:**  RATE (0-10): 0   DURATION:    LOCATION:    DESCRIPTION:    RADIATING:

**What Improves Pain?** _____   **What Makes Pain Worse?** _____

**REASON FOR VISIT:** (L) Eye pain

**DESCRIPTION:** (L) eye red states was kicked in eye

Triage Nurse Signature   Date/Time

**No Answer:** Time ___ Initials ___ ; Time ___ Initials ___ ; Time ___ Initials ___

## PAST MEDICAL HISTORY

☐ Asthma        ☐ Head Injury          ☐ NIDDM           ☐ Seizures          COMMUNICABLE DISEASES   DATE LAST TETANUS
☐ CABG          ☐ HMR Sheet Complete   ☐ Pacemaker       ☐ Sickle Cell Disease   ☐ Hepatitis Type ___   LMP ___ ☒ N/A
☐ CAD           ☒ HTN                  ☐ Premature Birth ☐ Urinary Catheter   ☐ Tuberculosis           EDUCATIONAL COMMUNICATION BARRIERS
☐ COPD          ☐ IDDM                 ☐ Psychiatric                           ☐ HIV
☐ CVA           ☐ Kidney Disease       ☐ Other: ___                            IMMUNIZATIONS            ☐ Language
☐ Dementia      ☐ Liver Disease        ☐ Surgeries: ___                        ☐ NA                     ☐ Disability
☐ Dialysis      ☐ MI                                                           ☒ Up To Date             OTHER ___
                                                                                                        ☒ N/A

**ALLERGIES:** (include medication, food, environmental)

☒ NKA

| Agent | Reaction/severity (and time frame if known) |
|---|---|
| | ☐ Rash ☐ N/V ☐ Flushing ☐ Anaphylaxis ☐ Other: |
| | ☐ Rash ☐ N/V ☐ Flushing ☐ Anaphylaxis ☐ Other: |
| | ☐ Rash ☐ N/V ☐ Flushing ☐ Anaphylaxis ☐ Other: |
| | ☐ Rash ☐ N/V ☐ Flushing ☐ Anaphylaxis ☐ Other: |
| | ☐ Rash ☐ N/V ☐ Flushing ☐ Anaphylaxis ☐ Other: |
| | ☐ Rash ☐ N/V ☐ Flushing ☐ Anaphylaxis ☐ Other: |
| | ☐ Rash ☐ N/V ☐ Flushing ☐ Anaphylaxis ☐ Other: |

| TRIAGE MEDICATION ||| TRIAGE ACTIONS |
|---|---|---|---|
| TIME | MEDICATION / DOSE / ROUTE | INITIALS | • C-COLLAR         • ICE PACK |
| | | | • EKG              • CXR |
| | | | • BLOOD GLUCOSE: ___ mg/dL (Range 60-99 mg/dL) |
| | | | ☐ IV Access ___ |

**Shands Jacksonville**   Form # 400003   Page 1 of 2   Approved: 09/07   PRINTED  Revised: 1/18/80680

JONES, THOMAS
Unit # 11629172   ER   ERQO
Acct # 1104501627   ADM: 02/14/11
DOB: /67 43Y M



| | | |
|---|---|---|
| Shands Jacksonville<br>ED Treatment Record - Flex<br>655 West 8th St. Jacksonville, Fl 32209<br>904-244-9655 | **EYE PROBLEM**<br>Patient: JONES, THOMAS<br>DOB: 1/67  Age: 43  (M) F<br>Physician: Williams, Deborah J MD<br>02/14/2011 19:53 | JONES<br>Unit # 11629172   MR  ERQ0<br>Acct # 1104501627  ADM: 02/14/11<br>DOB: 1/67 43Y M |

Private Physician: 　　BP: 166/98　P: 96　R: 16　T: 98.4 °F　Weight: lbs/kgs　%O2: 98rs

## HISTORY

**CC(s):** kicked in eye

**HPI:** arrested Friday, reports that JSO slipped his cuff, kicked him over (L) eye. reports waking up in cell hours later. progressively worsening over days. increased redness, pain, blurry vision.

☐ Acute\New  ☐ Chronic\Recurrent  ☐ Acute  ☐ Worsening

EMS\Pre-Hospital Care
☐ Directed by ED Physician

**PAIN?** N (Y)
Location: Left eye
Radiation: left face
☐ See picture

**QUALITY:** na
☐ Sharp  ☐ Stabbing
☐ Aching  ☐ Dull
☒ Burning  ☐ Squeezing
☐ Blunt Trauma
☐ Penetrating Trauma
☐ Other:

**TIMING:** Sxs for: 4 min hrs (days) wks mon yrs
☐ Constant  ☐ Intermittent
☐ PresentNow  ☐ Gone
☐ ↑ing  ☐ ↓ing

**CONTEXT:** Sxs Occur(ed) While:
☐ nl Activity   being arrested
☐ nl Setting
**MODIFYING FACTORS:** none
Worsened by:
Relieved by:
Unrelieved Despite:

**SEVERITY:**
☐ Severe  ☐ Mod  ☐ Mild
10 9 8 (7) 6 5 4  3 2 1

**PMH:** ☒ negative (except as noted)
-/+ CAD\MI  -/+ CHF  -/+ (Diabetes)  -/+ ↑Lipids  -/+ Cancer  -/+ Seizures  -/+ Thyroid  -/+ COPD\Asthma
-/+ CVA\TIA  -/+ (HBP)  -/+ TB  -/+ Migraine  -/+ Anemia  -/+ HIV\AIDS  -/+ Renal  -/+ Other:
-/+ Surgeries  Appy  GB  Hyst  CABG

**MEDS:** ☒ none  ☐ List Reviewed  ☐ Med Unavailable

**ALLERGIES:** ☒ none  ☐ Latex  ☐ Sulfa  ☐ ASA\NSAIDS  ☐ Other:
☐ PCN  ☐ Codeine  ☐ Iodine\Contrast

**IMMUNIZATIONS:** ☐ not applicable  TETANUS: ☐ Utd  ☐ Needed
☐ unknown  CHILDHOOD: ☐ Utd  ☐ Needed

**FH:** ☒ negative (except as noted)  -/+ Stroke CVA  -/+ (Diabetes)  -/+ (HTN)  -/+ ↑Lipids  -/+ Other:
☐ unable to obtain  -/+ CAD  -/+ Cancer  -/+ Aneurysm  -/+ Dissection

**SH:** ☒ negative (except as noted)  -/+ Lives Alone  -/+ w\Others  -/+ Smokes __ ppd  -/+ Drugs:
incarcerated -/+ w\Family  -/+ Nursing Home\Assisted  -/+ ETOH 12 /wk

**HISTORY SOURCES:** ☒ Patient  ☐ Family Member  ☐ Records\CDR  ☐ NURSE'S NOTES (☐ Confirmed ☐ Amended)
☒ Pt DataSheet  ☐ Friend-Caretaker  ☐ Primary\PMD  ☐ EMS NOTES (☐ Confirmed ☐ Amended)

**HX\PE limited by:** ☐ Acuity  ☐ Condition  ☐ No Family  ☐ No Records  ☐ Language  ☐ Mental State  ☐ Age

**ROS:** ☐ All systems reviewed & negative (except as noted below)

| CONSTITUTIONAL\MECH: | EYES: | | | | CARDIOVASCULAR: | | NEUROLOGICAL: | |
|---|---|---|---|---|---|---|---|---|
| Fall? (___ft) (N) Y | Acute Loss of Vision? | (N) | R | L | Chest Pain? (N) Y | | LOC? (? sec min) N (Y) | |
| Possible Syncope? N Y | Diplopia? | (N) | | Y | Pleuritic? na (N) Y | | Headache? N (Y) | |
| Direct Blow? N Y | Redness\Crusting? | N | R | (L) | **RESPIRATORY:** | | Memory Loss? (N) Y | |
| Penetrating Mechanism? N Y | Itching\Burning? | N | R | (L) | Cough\Fever? (N) Y | | Retrograde Amnesia? (N) Y | |
| Lacerations\Abrasions? N Y | Pink Eye Exposure? | (N) | | Y | | | Loss of Strength in Arms? (N) R L | |
| Known Injury? (Y) | Wears Glasses? | (N) | | Y | **GASTROINTESTINAL:** | | Legs? (N) R L | |
| ☐ Foreign Body ☐ High Velocity FB | Contact Lenses? | (N) | | Y | Abdominal Pain? (N) Y | | Loss of Feeling in Arms? N R (L) | |
| ☐ UV Light ☐ Chemical | **ENT\MOUTH:** | | | | Nausea\Vomiting? (N) Y | | Legs? (N) R L | |
| ☒ Direct Blow\Scratch | Facial Trauma\Pain? N (Y) | | | | | | Torso? (N) R L | |
| ☐ Extended Contact Use | Ear Injury\Pain\Blood? (N) R L | | | | **GENITOURINARY:** | | **PSYCHIATRIC:** | |
| ☐ Other: | Sore Throat? (N) Y | | | | Loss of Bladder Control? (N) Y | | Confusion? (N) Y | |
| Eye Pain? N R (L) | Recent URI? (N) Y | | | | Pregnant? na N Y | | Behavior Abnormal? (N) Y | |
| Poor Vision? blurry (X) R L | **MUSCULOSKELETAL:** | | | | LMP: | | Alcohol Evident? (N) Y | |
| Photophobia? N R | Neck Injury\Pain? (N) Y | | | | | | Drugs Involved? ? N Y | |
| | Upper Back Injury\Pain? (N) Y | | | | | | | |
| | Lower Back Injury\Pain? (N) Y | | | | | | | |

## PHYSICAL EXAMINATION

**GENERAL APPEARANCE:**
Vital Signs Noted? (Y) N
In Distress? (N) Y
Alert? (Y) N

**CARDIOVASCULAR:**
Regular Rhythm? (Y) N
Gallops\Murmurs\Rubs? (N) Y
Carotid Bruits or Deficit? (N) R L

**NECK:** supple, NT
Cervical Collar On? (N) Y
Neck Tenderness? (N) Y
Trachea Midline? (Y) N

**ENT\MOUTH:**
Hemotympanum\Battle Sign? (N) R L
Nasal Bleeding\Deformity? (N) R L
Mouth\Dental Injuries? (N) Y
Infraorbital Anesthesia (N) R L

PRINTED no#: y1a7j0680         DATE

| EYES: | | | | HEAD INJURY Page 2 | JONES, THOMAS Unit # 11629172   ER ER00 Acct # 110450162?  ADM:02/14/11 DOB:        /67 43Y M |
|---|---|---|---|---|---|

Acuity: OD 20 / 50  OS 20 / 50

| | | | |
|---|---|---|---|
| Vital Signs Noted? | Y | N | |
| EOM's Intact? | Y | N | |
| PeriOrbital\Orbital Floor Inj? | N | Y | |
| Eyelid Lesion? | N | R | L |
| Conjunctivae Inflamed? | N | R | L |
| Conjunct. Abrasion\ Laceration? | N | R | L |
| SubConjunctiv. Hematoma? | N | R | L |
| Corneal Abrasion? | N | R | L |
| Fluoresceine Uptake? | N | R | L |
| ☐ Focal  ☐ Diffuse | | | |
| ☐ Dendrites | | | |
| Foreign Body? | N | R | L |
| Rust Ring? | N | R | L |
| Anterior Chamb Flat\Narrow? | N | R | L |
| Cells \ Flare \ Hyphema? | N | R | L |
| Possible Penetration Globe? | N | R | L |
| Fundoscopic Abnormal? | N | R | L |
| ☐ Papilledema   ☐ AV Nicking | | | |
| ☐ Hemmorrhages   ☐ Exudates | | | |
| ☐ Cupping   ☐ Detachment | | | |

RESPIRATORY:
- Respiratory Effort: ↔ N  R L
- ↓'d Breath Sounds? N  R L

GASTROINTESTINAL:
- Abdom. Tenderness? N Y
- Location:

MUSCULOSKELETAL \ SKIN:
- Scalp Hematoma? N Y
- Laceration? N Y
- Galea Intact? na Y N

NEUROLOGICAL:
- Cranial Nerve (2 - 12) Deficit? N Y
- Sensory Deficit? N R L

PSYCHIATRIC:
- Oriented? x 3   Y N

===MEDICAL DECISION MAKING - CLINICAL COURSE===

**DIFFERENTIAL - Diagnostic Considerations**

| | | | | | |
|---|---|---|---|---|---|
| ☒Corneal Abrasion | ☐Conjunctival Injury \ FB | ☒Conjunctivitis | ☐Hyphema | ☒Central Retinal Artery | ☐Closed Head Injury |
| ☐Corneal Foreign Body | ☐Ocular Burn (Caustic \ Acidic) | ☐Acute Iritis | ☐Retinal Detachment | ☐Vein Occlusion | ☒Concussion |
| ☐Scleral Injury \ FB | ☐UltraViolet Keratitis | ☐Globe Injury | ☐Glaucoma (Acute) | ☒Fracture orbit \ Facial Bones | ☐ |

E RHYTHM: Interpreted by: ☐ED Doctor ☐Cardiologist while pt still in ED
K 12 Lead:
G Rhythm:

Old ☐viewed ☐unavailable ☐No Δ's ☐NewΔ's
Repeat ☐none ☐repeat x___ ☐No Δ's ☐NewΔ's

| CBC | | | |
|---|---|---|---|
| WBC | HgB | PL | Diff |
| | HCT | | |

| CHEM | | | |
|---|---|---|---|
| Na+ | CL- | BUN | Glu |
| K+ | CO | Cr | |

X-RAY & IMAGING   ED Interpretation   Images   Discussed w/ Radiologist
- ☐X-Ray
- ☐CT Scan(s)
- ☐UltraSound
- ☐

| CARD | | | |
|---|---|---|---|
| CPK\MB | BNP | PT | INR |
| Troponin | D-Dimer | PTT | |

UA

HCG ☐na  Urine  - +   Serum - +   Quant   iu

**COURSE:** ☒See Orders (for specifics of Management, Rx, Meds)
Time(s): Response & Re-Evaluations:

No need for CT - SDH unlikely.

Tylenol given

___ : ___  ☐Improved ☐No Change ☐Worse
___ : ___  ☐Improved ☐No Change ☐Worse
___ : ___  ☐Improved ☐No Change ☐Worse

Consulted with:
☐Dr. _____
☐Dr. _____

**CONSIDERED an EMERGENCY due to:**
- ☒Severe Pain / Acute Onset of Symptoms  ☐Non-Emergent
- ☐Threat to Patient or Fetus
- ☐Impairment of Bodily Function    409.901 FS
- ☐Dysfunction of Organ or Part     641.19 FS

**PROCEDURES:**     None
- ☐by Attending
- ☐by Resident
- ☐by PA

Attending Supervised Key Portion?  na Y N

**CORE \ PERFORMANCE MEASURES (PQRI):**

REVIEWED OLD: ☐Records ☐X-Rays \ Images ☐EKG(s)(___/___/___)

**CRITICAL CARE**
- Total CC Time (CC) ___ min
- Procedure Time (PT) ___ min
- Final CC Time (CC-PT) ___ min

**SEE THESE ATTACHED ADDENDA:**
- ☐Attending Addendum   ☐Other(s):
- ☐Procedure Addendum
- ☐Critical Care Addendum
- ☐Sign Over Addendum

===DISPOSITION===

**FINAL DIAGNOSES**
Clinical Impression(s):

1. CHI
2. (R) ocular chemosis
3. (R) periorbital edema
4.
5.

**STATUS:**
- ☒Good
- ☐Fair
- ☐Guarded
- ☐Poor
- ☐Critical
- ☐Deceased

**COUNSELED:**
- ☒Patient
- ☐Spouse
- ☐Parent
- ☐Family
- ☐Other:

☐CONSULTED FOR ADMISSION
Dr.

☒DISCHARGED & Given ☐Instructions ☐Prescriptions
☐Written ☐Verbal Rx:

☐F/U w/Dr. _____ on/before: _____  Rx:
☐F/U w/Dr. _____ on/before: _____  Rx:

☐Rev ☐Here  on/before: _____
☐See Printout(s)   Excuses Given:  Work ___ School ___
                                   Days Off/Out: Lt Duty ___ Gym ___

Disposition Time: ___:___

_[signature]_  2/14/11  20:15
Student                Date     Time

_[signature]_  2584  2/14/11  20:45
PA/Resident/Fellow     Date     Time

_____  ___/___/___
PA/Resident/Fellow     Date     Time

_[signature]_ 950  2/14/11  21:15
ED Attending           Date     Time

PRINTED BY: 1a730680    DATE    4/11/2011